UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: | § | |
| Donald William Smith | § | CASE NO. 3:16-bk-30570 |
| and | § | CHAPTER 7 |
| Keira Morgan Smith, | § | |
| | § | |
| DEBTORS | | |

### DEBTORS' WITHDRAWAL OF NOTICE OF HEARING

NOW COMES, Debtors, Donald and Keira Smith, by and through their undersigned attorney, Marianne G. Dorman,, and hereby withdraws their May 19, 2016 Notice of Hearing (Docket 17). The Notice of Hearing was entered in error and the Court will issue a date and time for the Hearing on the Debtor's Motion to Avoid Lien (Docket 16).

Respectfully submitted,

/s/Marianne G. Dorman
Marianne G. Dorman #0082568
Attorney for Debtors
Schreyer Thomas, LLP
100 West Main Street
Eaton, Ohio 45320
(937) 456-1400
(937) 456-1403
mariannedorman@outlook.com

# CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2016, I electronically filed the foregoing Withdrawal of Notice of Hearing with the Clerk of the Court using the ECF which will send notification of such filing to the following:

Asst US Trustee (Day) at USTPRegion09.CB.ECF@usdoj.gov
Paul Spaeth at spaethlaw@phslaw.com, OH45@ecfcbis.com

And I hereby certify that I have mailed by United States Postal Service the foregoing Withdrawal of Notice of Hearing to the following non-ECF participants:

Creditor:
SPRINGLEAF
PO BOX 742536
Cincinnati, Oh 45274-2536

Creditor's other known address:
Springleaf Financial
PO Box 3251
Evansville, IN 47731

STEPHEN D. MILES
Attorney for Creditor
18 West Monument Avenue
Dayton, Ohio 45402

DATE: May 31, 2016

/s/Marianne G. Dorman
Marianne G. Dorman
Attorney for Debtor(s)
Bar No. 0082568
Schreyer Thomas, LLP
100 West Main Street
Eaton, Ohio 45320
Phone: (937) 456-1400
Fax:    (937) 456-1403
Email: mariannedorman@outlook.com