This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: May 31, 2016**

_____

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| *In re:* | : | Case No. 16-30570 |
| | : | Chapter: 7 |
| DONALD WILLIAM SMITH and | : | Judge Lawrence S. Walter |
| KEIRA MORGAN SMITH, | : | |
| | : | |
| *Debtors.* | : | |
| | : | |

## ORDER SETTING HEARING AND REQUIRING FILINGS

**IT IS HEREBY ORDERED** that a hearing shall be held on **July 6, 2016 at 11:00 a.m.** before United States Bankruptcy Judge Lawrence S. Walter in the West Courtroom, United States Bankruptcy Court, 120 West Third Street, Dayton, Ohio on the following filings:

*Motion to Avoid Lien of Creditor*, **filed by the Debtors on May 19, 2016 (docs. 15, 16) and the** *Response* **thereto, filed by Springleaf Financial on May 26, 2016 (doc. 19).**

All parties and all counsel must be prepared to present all evidence, witnesses, and exhibits at the above scheduled time.

All counsel and all parties appearing *pro se* who wish to present witnesses or other evidence at the above hearing shall, **not later than seven (7) days prior to the hearing,** exchange with other counsel and any party appearing *pro se*, (1) copies of all exhibits and reports; and (2) completed witness and exhibit lists (Form 7016-1, Attachments A and B), listing all proposed exhibits, including any reports, evaluations or other documents submitted by experts, in accordance with the provisions of Local Bankruptcy Rule 7016-1. These forms are available on the Court's website at *www.ohsb.uscourts.gov* or from the Clerk of the Bankruptcy Court in this District.  Copies of all exhibits, reports and witness and exhibit lists shall be filed with the court by the same date.  If exhibits and/or reports are voluminous (exceeding 50 pages), the parties may file summary descriptions together with the first page of each exhibit or report in lieu of filing the complete documents with the court.

At the hearing, each party shall provide an original hard copy of each proposed exhibit to be retained by the Court as part of the record. The hearing will not commence until all exhibits have been suitably labeled and a set of exhibits provided to the Court. **Presentation of all exhibits during the hearing shall be by means of the Court's electronic display system.**  If counsel intends to present exhibits electronically from a laptop computer or use other digital presentation devices, then counsel must provide at least three (3) days advance notice to the Court to ensure security clearance and technical compatibility.  Courtroom equipment testing and setup of counsel-provided devices are the responsibility of counsel and should be completed prior to the hearing commencement time.

All counsel and all parties appearing *pro se* who wish to have the Court consider any memoranda in support of their position shall, **not later than seven (7) days prior to the hearing**, file with the Court and exchange with other counsel and any party appearing *pro se,* such memoranda.

Failure to comply with the terms of this order may result in the imposition of sanctions (LBR 9011-3).

**SO ORDERED.**

Copies to:

Default List +
Stephen Miles, Attorney for Creditor, 18 West Monument Avenue, Dayton, OH 45402

# # #